An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

## IN THE SUPREME COURT OF THE STATE OF NEVADA

NEW LIFECARE HOSPITALS OF NORTHERN NEVADA, LLC, D/B/A TAHOE PACIFIC HOSPITALS, A NEVADA LIMITED LIABILITY COMPANY,

Appellant,

vs.

DALE WRIGHT, INDIVIDUALLY,

Respondent.

No. 68920

**FILED**

OCT 13 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Patrick Flanagan, District Judge
Lansford W. Levitt, Settlement Judge
Randazza Legal Group, PLLC
Hoy Chrissinger Kimmel, PC
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-31078